United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.R.D. | § | |
|     Plaintiff, | § | |
| VS | § | CIVIL ACTION NO. 4:25cv3510 |
| | § | |
| FRANK BISIGNANO, Commissioner of the | § | |
|   Social Security Administration | § | |
|     Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is an Unopposed Motion to Remand (Doc. No. 13) and Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendations (Doc. No. 14) that the Court grant the Motion to Remand ( Doc. No. 13) and that a separate final judgment be entered reversing the denial of benefits and remanding the case to the Social Security Administration.   Neither party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

It is hereby:

**ORDERED** that the Memorandum and Recommendation (Doc. No. 13) is **ADOPTED** and the Unopposed Motion to Remand  (Doc. No. 13) is GRANTED.

SIGNED this _____ day of February 2026.

_____
Andrew S. Hanen
United States District Judge